IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON ANDY RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-163 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

The Court has received the Magistrate Judge's August 3, 2017, Memorandum and Recommendation ("M&R"), Dkt. No. 19.[1] The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline to file objections); *see also* M&R, Dkt. No. 19 at 4 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 19, **DISMISSES** Petitioner's above-captioned habeas application, and **DENIES** Petitioner a certificate of appealability. The Court further **STRIKES** the duplicate M&R, Dkt. No. 18. Final judgment will be entered separately.

SIGNED this 13th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] It appears that the M&R was erroneously filed twice. *See* Dkt. Nos. 18, 19. Because both documents are identical, the Court considers only the M&R docketed as #19 and strikes the M&R docketed as #18.